THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCH REED, *et al.*, | CASE NO. C19-0005-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GENERAL MILLS, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendants to respond to Plaintiffs' complaint (Dkt. No. 8). The motion is GRANTED. Defendants must respond to Plaintiffs' complaint by February 28, 2019.

DATED this 24th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0005-JCC
PAGE - 1