THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCH REED, *et al.*, | CASE NO. C19-0005-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GENERAL MILLS, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to file an overlength brief (Dkt. No. 12). The motion is GRANTED. Defendants' forthcoming motion to dismiss may be up to 30 pages in length and their reply brief may be up to 15 pages in length. Plaintiffs may file a response that is up to 30 pages in length.

DATED this 26th day of February 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk