THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRUCH REED, *et al.*, | CASE NO. C19-0005-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GENERAL MILLS, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule (Dkt. No. 20). The motion is GRANTED. Plaintiffs shall respond to Defendants' motion to dismiss (Dkt. No. 15) by April 1, 2019. Defendants' reply is due by April 12, 2019. The Clerk is DIRECTED to renote Defendants' motion to dismiss (Dkt. No. 15) to April 12, 2019.

DATED this 14th day of March 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C19-0005-JCC
PAGE - 1