UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCH REED, *et al.*, | CASE NO. C19-0005-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GENERAL MILLS, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Plaintiffs' time to move for class certification (Dkt. No. 27). The motion is GRANTED. Plaintiffs' deadline to move for class certification is EXTENDED pending entry of a scheduling order in this case.

DATED this 29th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
