THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCH REED *et al.*, | CASE NO. C19-0005-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GENERAL MILLS, INC. *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for leave to amend (Dkt. No. 50). Defendants' have said that they do not oppose Plaintiffs' motion. (*See* Dkt. No. 52 at 1.) The Court construes Defendants' statement as consent for Plaintiffs to amend their complaint. Accordingly, the Court GRANTS Plaintiffs' motion (Dkt. No. 50). *See* Fed. R. Civ. P. 15(a)(2) (allowing a party to amend its pleading with the opposing party's written consent). Plaintiffs must file an amended complaint within 21 days of this order.

DATED this 6th day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0005-JCC
PAGE - 1