THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRUCH REED, ERIK DAYTON, LEAH BOGERT, TIFFANY MARTIN, HEATHER CARSON, JOEL HAGANS, FLORIN CARLIN, MAX ELLIOTT, LISA SCHMID, JUNE COLE, ELIZABETH NIELSEN, and DEBORAH SCHOW, on behalf of themselves, the general public, and those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MILLS, INC., SMALL PLANET FOODS, INC., and DOES 1 THROUGH 50,<br><br>　　　　　　　Defendants. | No. 2:19-cv-00005-JCC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate that this action and the individual claims of Plaintiffs Bruch Reed, Erik Dayton, Leah Bogert, Tiffany Martin, Heather Carson, Joel Hagans, Florin Carlin, Max Elliott, Lisa Schmid, June Cole, Elizabeth Nielsen, and Deborah Schow ("Plaintiffs") brought in this action are fully resolved and hereby dismissed with prejudice. The parties' voluntary dismissal of this action is without prejudice as to the claims of

STIPULATION OF VOLUNTARY DISMISSAL
(No. 2:19-CV-00005-JCC) –1

Gutride Safier LLP
113 Cherry Street, #55150
Seattle, WA 98140
(415) 639-9090 x109

1  unnamed putative class members. The parties also stipulate that the Court shall not award
2  attorneys' fees or costs to any party.
3
4     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
5  DATED:  November 20, 2020
6
7  By: *s/ David T. Biderman*
  Charles C. Sipos, WSBA No. 32825
8    CSipos@perkinscoie.com
  Mica D. Klein, WSBA No. 46596
9    MicaKlein@perkinscoie.com
  Lauren E. Staniar, WSBA No. 48741
10   LStaniar@perkinscoie.com
  **Perkins Coie LLP**
11   1201 Third Avenue, Suite 4900
  Seattle, WA  98101-3099
12   Telephone:  206.359.8000
  Facsimile:  206.359.9000
13
14   David T. Biderman, *pro hac vice*
  DBiderman@perkinscoie.com
15   **Perkins Coie LLP**
  505 Howard Street, Suite 1000
16   San Francisco, CA  94105
  Telephone:  415.344.7000
17
  Benjamin W. Hulse, *pro hac vice*
18   BHulse@blackwellburke.com
  **Blackwell Burke P.A.**
19   431 S Seventh Street, Suite 2500
  Minneapolis, MN  55415
20   Telephone:  612.343.3256

21 *Attorneys for Defendants General Mills, Inc. and Small Planet Foods, Inc.*
22
23
24
25
26

By: *s/ Stephen M. Raab*
Stephen M. Raab, WSBA No. 53004
stephen@gutridesafier.com
**Gutride Safier LLP**
113 Cheer Street, Suite 55150
Seattle, WA  98140-2205
Telephone:  415.639.9090 x109

Seth A. Safier, *pro hac vice*
seth@gutridesafier.com
Marie A. McCrary, *pro hac vice*
marie@gutridesafier.com
Rajiv V. Thairani, *pro hac vice*
rajiv@gutridesafier.com
**Gutride Safier LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.639.9090
Facsimile: 415.449.6469

*Attorneys for Plaintiffs*

STIPULATION OF VOLUNTARY DISMISSAL
(No. 2:19-CV-00005-JCC) –2

**Gutride Safier LLP**
113 Cherry Street, #55150
Seattle, WA 98140
(415) 639-9090 x109

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2020, I caused to be filed via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

*s/Stephen M. Raab*
Stephen M. Raab, WSBA No. 53004
stephen@gutridesafier.com

CERTIFICATE OF SERVICE
(No. 2:19-CV-00005-JCC) – 1

**Gutride Safier LLP**
113 Cherry Street, #55150
Seattle, WA 98140
(415) 639-9090 x109